**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | No. CR-11-08177-001-PCT-JAT |
| Plaintiff, | **ORDER** |
| v. | |
| Jonathan Miles Chaidez, | |
| Defendant. | |

On motion of Defendant, there being no objection, and good cause appearing,

**IT IS HEREBY ORDERED** granting Motion to Unseal Judgment, (Doc. 100).

**IT IS FURTHER ORDERED** directing the Clerk of Court to unseal the judgment in this case as to Defendant Jonathan Miles Chaidez, (Doc. 92), on the basis that judicial documents are presumptively public, and no compelling basis for sealing this document appears to exist.

Dated this 14th day of September, 2020.

James A. Teilborg
Senior United States District Judge